McCANN, DISTRICT ATTORNEY OF MIL-
WAUKEE COUNTY *v.* BABBITZ

No. 297. Decided October 12, 1970

PER CURIAM.

The appeal is dismissed. *Mitchell* v. *Donovan,* 398 U. S. 427, and *Gunn* v. *University Committee to End the War in Viet Nam,* 399 U. S. 383.